## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-cv-62595 JEM**


**CHRISTOPHER HANSEN,**

Plaintiff,

vs.


**YE OLE DUGOUT, INC.,**

Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, hereby dismisses this matter *with*

*prejudice* against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this November 02, 2016


LAUREN N. WASSENBERG, ESQ
*Attorney for Plaintiff*
1825 NW Corporate Blvd, Suite 110
Boca Raton, FL 33431
Phone: 561-571-0646
Fax: 561-571-0647
Email: WassenbergL@gmail.com

By: s/  Lauren N. Wassenberg_____
        Lauren N. Wassenberg, Esq.
        Florida Bar No. 34083


**[THIS SPACE LEFT BLANK INTENTIONALLY]**

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 2nd day of November 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083